McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRANCE MALLETT, deceased, by and through JENNE MALLETT-ESTEVES, as successor-in-interest; JENNE MALLETT-ESTEVES, individually and as guardian ad litem for TERANE MALLETT, a minor and TERANE MALLETT, individually,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendants. | 1:06-cv-01858-OWW-DLB<br><br>**STIPULATION EXTENDING EXPERT DISCLOSURE DEADLINES; ORDER RE: SAME** |

　　　Plaintiffs Terrence Mallett, Jenne Mallett-Esteves and Terane Mallett ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, to extending this action's expert disclosure deadlines sixty days as specified below and respectfully request that the Court so approve.

　　　The parties base their stipulation on good cause.  To explain, they have commenced discovery in this action, which is not scheduled to close until March 21, 2008.  More time is

necessary, however, for discovery (including depositions) to be completed.  As a result, the parties have not yet been able to provide their respective experts with all necessary information prior to their preparing and disclosing pending reports.

    Accordingly, the parties stipulate and agree to extend expert disclosure deadlines approximately sixty days as specified below, and base it on the above-stated good cause.  The parties also request the Court to endorse this stipulation by way of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiffs' Expert Disclosure | November 16, 2007 | **January 18, 2008** |
| Defendant's Expert Disclosure | December 17, 2007 | **February 18, 2008** |

Dated: November 15, 2007.                    November 16, 2007

                            Respectfully submitted,

Joseph J. Wiseman, P.C.                    McGREGOR W. SCOTT
                                         United States Attorney
(As authorized, 11/15/07)

/s/ Joseph J. Wiseman                       /s/ Brian W. Enos
JOSEPH J. WISEMAN                           BRIAN W. ENOS
Attorney for Plaintiffs                     Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   November 20, 2007**                    **/s/ Oliver W. Wanger**
                                                           UNITED STATES DISTRICT JUDGE