McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE MALLETT, deceased, by and through JENNE MALLETT-ESTEVES, as successor-in-interest; JENNE MALLETT-ESTEVES, individually and as guardian ad litem for TERANE MALLETT, a minor and TERANE MALLETT, individually,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | 1:06-cv-01858-OWW-DLB<br><br>**STIPULATION EXTENDING DISCOVERY, EXPERT DISCLOSURE AND MOTION FILING DEADLINES; ORDER RE: SAME** |

Plaintiffs Terrence Mallett, Jenne Mallett-Esteves and Terane Mallett ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel, to extending this action's discovery, expert disclosure and motion filing deadlines as specified below and respectfully request that the Court so approve.  Significantly, the parties do *not* request that this action's pretrial conference or trial dates be extended as part of this stipulation and proposed order.

1  The parties base their stipulation on good cause.  To
2 explain, the parties have engaged in significant discovery in
3 this action, despite counsel for all parties facing consistently
4 impacted schedules.  More time is necessary, however, for
5 discovery (including depositions) to be completed.  As a result,
6 the parties have not yet been able to provide their respective
7 experts with all necessary information prior to their preparing
8 and disclosing pending reports.

9  In addition, counsel for defendant has been working with an
10 expert locator service since late last autumn with respect to
11 locating potential standard of care and causation experts
12 regarding medical malpractice claims arising in a prison setting.
13 Despite persistent efforts, however, defendant has only recently
14 located both such experts in this regard.  Further, counsel for
15 plaintiff has recently needed to travel away from the office to
16 attend to family health matters.

17  Accordingly, the parties stipulate and agree to extend this
18 action's discovery, expert disclosure and motion filing deadlines
19 as specified below, and base it on the above-stated good cause.
20 The parties request the Court to endorse this stipulation by way
21 of formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Plaintiffs' Expert Disclosure | January 18, 2008 | **May 12, 2008** |
| Defendant's Expert Disclosure | February 18, 2008 | **June 2, 2008** |
| Discovery Deadline | March 21, 2008 | **June 23, 2008** |
| Non-Dispositive Motion Filing Deadline | April 10, 2008 | **June 9, 2008** |

| | | |
|---|---|---|
| Dispositive Motion Filing Deadline | May 9, 2008 | **July 3, 2008** |

Dated: March 25, 2008          March 25, 2008

                Respectfully submitted,

Joseph J. Wiseman, P.C.          McGREGOR W. SCOTT
                                      United States Attorney

(As authorized, 3/25/08)

 /s/ Joseph J. Wiseman                    /s/ Brian W. Enos
JOSEPH J. WISEMAN                         BRIAN W. ENOS
Attorney for Plaintiffs                   Attorneys for Defendant

///

IT IS SO ORDERED.

**Dated:   March 26, 2008**          **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE