McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRANCE MALLETT, deceased, by and through JENNE MALLETT-ESTEVES, as successor-in-interest; JENNE MALLETT-ESTEVES, individually and as guardian ad litem for TERANE MALLETT, a minor and TERANE MALLETT, individually,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | 1:06-cv-01858-OWW-DLB<br><br>**STIPULATION CONTINUING (1) PRETRIAL CONFERENCE DATE AND (2) DATE BY WHICH DEFENDANT MUST TAKE PLAINTIFF'S DEPOSITION; ORDER** |

Plaintiffs Terrence Mallett, Jenne Mallett-Esteves and Terane Mallett ("plaintiffs") and defendant United States of America ("defendant") stipulate, by and through the undersigned counsel and as specifically set forth below, to continue both this action's July 28, 2008 pretrial conference and plaintiff's June 20, 2008 deposition until after the Court is able to rule on any dispositive motions that must be filed by July 3, 2008.

Significantly, the parties do *not* seek a continuance of this action's November 4, 2008 trial date.

The parties base this stipulation on good cause. To explain, on March 25, 2008 the parties stipulated to continuing certain litigation deadlines in this case, including this action's dispositive motion filing deadline. (Doc. 17). Because this prior stipulation was based on good cause as explained therein, the court endorsed it by way of formal order. (Doc. 18).

As a result of the above scheduling modification, however, the parties' note that their July 3, 2008 dispositive motion filing deadline precedes this action's July 28, 2008 pretrial conference by only twenty-five days. Pursuant to Local Rule, the pretrial conference as presently scheduled would precede the court's hearing on dispositive motions.

It would make little sense to participate in a pretrial conference before the court has had an opportunity to rule on dispositive motions. Neither the court nor the parties would know the scope of plaintiffs' claims that would survive to trial, which in turn would prevent a meaningful analysis of remaining legal or factual issues. The parties therefore stipulate to continuing this action's pretrial conference from July 28, 2008 to August 25, 2008.

Since the parties are focusing their present efforts on case resolution issues rather than preparing for plaintiff Jenne Mallett-Esteves's potentially unnecessary deposition, they also stipulate to continuing this deposition to a date that can be

1 scheduled as soon as practicable for all parties after the court
2 ultimately rules on dispositive motions.
3   Accordingly, the parties stipulate and agree to continue
4 this action's pretrial conference and plaintiff's deposition as
5 specified below, and base it on the above-stated good cause.  The
6 parties request the court to endorse this stipulation by way of
7 formal order.

|  | Old Date | **New Date** |
|---|---|---|
| Pretrial Conference | July 28, 2008 | **August 25, 2008** |
| Plaintiff's Deposition | June 20, 2008 | **As soon as practicable after court rules on dispositive motions** |

Dated: June 19, 2008               June 19, 2008

                    Respectfully submitted,

Joseph J. Wiseman, P.C.            McGREGOR W. SCOTT
                                   United States Attorney
(As authorized, 6/19/08)


 /s/ Joseph J. Wiseman              /s/ Brian W. Enos
JOSEPH J. WISEMAN                  BRIAN W. ENOS
Attorney for Plaintiffs            Attorneys for Defendant




        IT IS SO ORDERED.

**Dated:   June 19, 2008**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

---

**STIPULATION CONTINUING (1) PRETRIAL CONFERENCE DATE AND (2) DATE BY WHICH DEFENDANT MUST TAKE PLAINTIFF'S DEPOSITION; [PROPOSED] ORDER**
3