McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRANCE MALLETT, deceased, by and through JENNE MALLETT-ESTEVES, as successor-in-interest; JENNE MALLETT-ESTEVES, individually and as guardian ad litem for TERANE MALLETT, a minor and TERANE MALLETT, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendants. | 1:06-cv-01858-OWW-DLB<br><br>**STIPULATION FOR DISMISSAL; ORDER RE SAME** |

    Pursuant to this stipulation as well as the provisions of Fed. R. Civ. Proc. 41(a)(1), plaintiffs Terrance Mallett, Jenne Mallett-Esteves and Terane Mallett and defendant United States of America (collectively "the parties"), by and through their respective counsel, hereby stipulate that this action be dismissed with prejudice in exchange for a full waiver of costs. The parties respectfully request that the Court endorse this stipulation by way of formal order.

1

**IT IS SO STIPULATED**.

Dated: September 5, 2008                    July 29, 2008
                                            Respectfully submitted,

LAW OFFICE OF JOSEPH                        McGREGOR W. SCOTT
J. WISEMAN, P.C.                            United States Attorney

(As. Auth. 9/5/08)

/s/ Joseph J. Wiseman                       /s/ Brian W. Enos
JOSEPH J. WISEMAN                           BRIAN W. ENOS
Attorneys for plaintiffs                    Attorneys for defendant
                                            United States of America

### ORDER OF DISMISSAL

The above stipulation is approved, and this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 5, 2008**              **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE